IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-CV-138-BR

| KEITH EDWARD FRAZIER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JEFFREY BAXTER, CHARLES FARRAR, JESSE DICKINSON, JERRY SEIGHMAN, ISAAC BARRETT, CITY OF WASHINGTON, CITY OF GREENVILLE, | ) | |
| Defendants. | ) | |

This case, brought by pro se plaintiff Keith Edward Frazier ("plaintiff"), comes before the court on his motion (D.E. 73) for a settlement conference. Defendant Jerry Seighman ("defendant"), the only remaining defendant, opposes the motion. (*See* D.E. 74).

The court finds that the record does not presently demonstrate a sufficient likelihood that a settlement conference would be productive to merit the convening of a conference. Aside from defendant's opposition, a scheduling order has not yet been entered and therefore no discovery has yet been undertaken. The record does not otherwise justify convening a settlement conference at this this time.

Plaintiff's motion for a court-hosted settlement conference is accordingly DENIED. This denial is without prejudice to either party bringing such a motion in the future after a material change in the circumstances of this case.

SO ORDERED, this the 24th day of March 2015.

_____
James E. Gates
United States Magistrate Judge