IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-CV-138-BR

| | | |
|---|---|---|
| KEITH EDWARD FRAZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEFFREY BAXTER, CHARLES FARRAR, | ) | |
| JESSE DICKINSON, JERRY SEIGHMAN, | ) | |
| ISAAC BARRETT, CITY OF | ) | |
| WASHINGTON, CITY OF GREENVILLE, | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on plaintiff's motion (D.E. 96) seeking production of an additional copy of the documents filed at docket entries 85 through 87 and any digital disk attachments. Plaintiff indicates in his motion that he did not receive the requested documents and information in light of his recent transfer to a different facility. Counsel for defendant Jerry Seighman filed a notice with the court (D.E. 97) indicating that an additional copy of the previously filed documents and information requested by plaintiff was sent to him in response to the instant motion. Plaintiff's motion is accordingly DENIED as moot.

SO ORDERED, this 30 day of December 2015.

James E. Gates
United States Magistrate Judge