UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Keith Edward Frazier, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Jeffrey Baxter, Charles Farrar, Jesse Dickinson, | ) | |
| Jerry Seighman, Isaac Barrett, City of Washington, | ) | |
| and City of Greenville, | ) | 5:13-CV-138-BR |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that, in accordance with the court's order entered 9/15/2014, the Washington defendants' motion for judgment on the pleadings in GRANTED in part and DENIED in part. The Greenville defendants' motion for judgment on the pleadings is GRANTED. Plaintiff's motion for summary judgment is DENIED. The City of Washington, the City of Greenville, Jeffrey Baxter, Charles Farrar, Jesse Dickinson, and Isaac Barrett are DISMISSED from this action.

**IT US FURTHER ORDERED, ADJUDGED AND DECREED** that in accordance with the court's order entered 2/19/2016, Seighman's motion for summary judgment is GRANTED.

Judgment is entered in favor of defendants and this case is closed.

**This judgment filed and entered on February 19, 2016, and served on:**

William J. Little , III  (via CM/ECF Notice of Electronic Filing)
Dan McCord Hartzog , Jr. (via CM/ECF Notice of Electronic Filing)
Dan M. Hartzog  (via CM/ECF Notice of Electronic Filing)
Keith Edward Frazier (via US Mail at Lee - USP, P.O. Box 305, Jonesville, VA 24263 )

February 19, 2016

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk